**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1115**

_____

AMANDA JOHNSON,

        Plaintiff - Appellant,

    v.

NAVY FEDERAL CREDIT UNION,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:24-cv-00396-CMH-WEF)

_____

Submitted:  June 12, 2025                    Decided:  June 16, 2025

_____

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Amanda Johnson, Appellant Pro Se. Edward Lee Isler, Micah Ephram Ticatch, ISLERDARE PC, Vienna, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amanda Johnson appeals the district court's order dismissing her claim under the Equal Credit Opportunity Act, 15 U.S.C. § 1691 for failure to state a claim and dismissing her claim under 15 U.S.C. § 1693h as barred by the statute's one year statute of limitations. We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Johnson v. Navy Fed. Credit Union*, No. 1:24-cv-00396-CMH-WEF (E.D. Va. Jan. 30, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*